Case Number: 12-15-00065-CR

Trial Court Case Number: 241-1604-14

May 25, 2015

Gayland Decloyce Williams

vs.

The State of Texas

Twelfth Court of Appeals

To Whom It May Concern;

Sir. or Madam

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAY 28 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Notice of Address Change

The nature of this brief letter is to inform you[2nd] that my address has changed from: Byrd Unit; 21 FM 247; Huntsville, Texas 77320 to now New Address, [GDW] Telford Unit; 3899 State Hwy 98; New Boston, Texas 75570....

Respectfully Submitted

Gayland Decloyce Williams

Gayland Decloyce Williams